IN THE SUPREME COURT OF TEXAS






IN THE SUPREME COURT OF TEXAS
 
════════════
No. 08-0403
════════════
 
In re Texas Department 
of
Family and Protective 
Services, Relator
 
 
════════════════════════════════════════════════════
On Petition for Mandamus
════════════════════════════════════════════════════
 
 
PER CURIAM
 
 
            
The Texas Department of Family and Protection Services petitions for review by 
mandamus of the court of appeals’ decision in In re Bradshaw, ___ S.W.3d 
___ (Tex. App.–Austin 2008, orig. proceeding) (mem. op.). That case arose out of 
the same child protection proceedings as In re Steed, ___ S.W.3d ___ 
(Tex. App.–Austin 2008, orig. proceeding) (mem. op.), and involved three mothers 
seeking return of their thirteen children. The record reflects that ten of the 
children are under 13 and the other three, all girls, are 13, 16, and 17. The 
court of appeals reached the same decision in both cases. For the reasons we 
explain today in No. 08-0391, In re Department of Family and Protective 
Services, ___ S.W.3d ___ (Tex. 2008) (per curiam), the Department’s petition 
is denied. Justice O’Neill, Justice Johnson, and Justice Willett concur in part and 
dissent in part for the reasons explained in Justice O’Neill’s separate opinion in 
No. 08-0391.
Opinion issued: May 29, 
2008